ANTHONY J. ORSHANSKY (SBN 199364)
anthony@counselonegroup.com
JUSTIN KACHADOORIAN (SBN 260356)
justin@counselonegroup.com
**COUNSELONE, PC**
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile:  (424) 277-3727

Attorneys for Plaintiff,
BRYAN A. RODRIGUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRYAN A. RODRIGUEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>G2 SECURE STAFF, L.L.C., a Texas limited liability company; and DOES 1 through 100,<br><br>Defendant. | Case No. 2:20-cv-07589-GW-PLA<br>Hon. George H. Wu<br><br>**DECLARATION OF BRYAN A. RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**<br><br>Date:      November 17, 2022<br>Time:      8:30 a.m.<br>Crtrm:     9D (1st St. Courthouse) |

**DECLARATION OF BRYAN A. RODRIGUEZ ISO MOT. FOR FINAL APPROVAL & MOT. FOR ATTORNEYS' FEES & COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**

Doc ID: 2b9b8bc8d2c0dfe3a99ac10d2d3929a3b6806c90

I, Bryan A. Rodriguez, hereby declare as follows:

1.      I am a resident of Los Angeles, California.  I am a former employee of Defendant G2 Secure Staff, LLC ("Defendant" or "G2") and the named Plaintiff in this case. I am over the age of 18. I have personal knowledge of the following facts, if called to testify, I could and would testify competently to them.

2.      I am familiar with the work involved in prosecuting the class action against my former employer, and worked closely with my attorneys in prosecuting the action and in obtaining the relief provided by the settlement. I am familiar with the law and motion matters, discovery conducted, settlement discussions, and have participated in all stages of the litigation.

3.      I am not aware of any conflicts that would prevent me from serving as a class representative in this matter. I do not have any personal or business relationships with any of my attorneys (other than retaining them to represent me in this case).

### Employment History and Typicality of Claims

4.      I was employed by G2 in 2019. During my time working for Defendant, Defendant maintained a policy and practice of requiring its hourly employees to clock out for meal periods prior to completing security checks that we needed to go through in order to leave and re-enter work premises, which cut into the 30 minutes we were given for meal periods. These security checks were unavoidable given that Defendant's clients are in the aviation industry, and the security checkpoints are mandated by law. Defendant also did not pay meal period premiums at our regular rate of pay, and instead paid them at our base hourly rate, regardless of whether we earned non-discretionary pay, such as shift differentials or incentive pay, that should have been also included in calculating the regular rate. These were companywide policies and practices and not based on individual managers' conduct.

5.      Defendant's rest period policy and/or practice often prohibited us from leaving the premises during our rest periods.

/ / /

2

**DECLARATION OF BRYAN A. RODRIGUEZ ISO MOT. FOR FINAL APPROVAL & MOT. FOR ATTORNEYS' FEES & COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**

Doc ID: 2b9b8bc8d2c0dfe3a99ac10d2d3929a3b6806c90

6.      Additionally, I was not paid reporting time pay when sent home by my supervisor due to lack of work, despite reporting to work at the scheduled time.

7.      Defendant also failed to reimburse us for necessary business expenses, such as the purchase and use of personal cell phones that we used in connection with our job duties.

### Involvement in the Litigation & Adequacy as Class Representative

8.      I have participated in all aspects of this litigation from pre-litigation investigation through settlement discussions. I have had numerous discussions with my attorneys over the course of this matter.

9.      I spent a considerable amount of time learning about California labor laws, deciding whether remedial action should be taken, how it should be taken, and searching for attorneys. I ultimately retained CounselOne, P.C. to handle my case. My attorneys spent many hours with me discussing this case and the law. In the end, I decided to vindicate not only my own rights but also those of my former co-workers by filing a class and representative action lawsuit.

10.     I made sure that I was available and fully prepared for this case at any time if my attorneys needed me as part of my duty as the Class Representative.

11.     Since seeking out legal counsel to vindicate my rights, I have proactively kept myself apprised of the status of the case, and diligently pursued whatever action was required to abide by my responsibilities as Class Representative. I have actively participated in all aspects of this case by performing various tasks, including, but not limited to: independently researching applicable law; discussing relevant legal and factual issues in the case with my counsel, including Defendant's policies, practices, and procedures; identifying potential witnesses; producing/providing documents; providing factual information and strategic considerations in support of my claims; answering questions from my attorneys; providing information regarding the duties of other hourly employees; proposing case-related ideas; discussing and evaluating

**DECLARATION OF BRYAN A. RODRIGUEZ ISO MOT. FOR FINAL APPROVAL & MOT. FOR ATTORNEYS' FEES & COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**

Doc ID: 2b9b8bc8d2c0dfe3a99ac10d2d3929a3b6806c90

the terms of the settlement with my counsel; and regularly communicating with my attorneys about the status of the case.

12.     I have fairly represented the Class and request that the Court approve this Settlement and confirm me as Class Representative. I have always maintained the best interests of the Class while performing my class representative duties. I am not aware of any conflicts of interest that prevent me from being confirmed as the Class Representative in this lawsuit.

13.     I am not related in any way to my lawyers or any other member of the firm that is representing me. I have no business dealings or other involvement beyond this lawsuit and this representation. I have not been promised any money or inducement to serve as the Class Representative in this action.

**My Understanding Regarding the Terms of the Settlement**

14.     I understand that as part of this class and representative action settlement, I am required to provide Defendant with a full and complete release of all claims, known and unknown, and that this is something that other Class Members do not have to provide. I understand that this means that I will be giving up any claims I may have against the Defendant. I have agreed to this term as I believe this was in the best interests of the Class and this Settlement.

15.     I believe that the class and representative action settlement obtained is excellent, because there are many issues and risks with continuing litigation. I strongly support the settlement in this matter. Throughout this case, I have always kept the best interests of the Class in mind over my own.

16.     As discussed above, I actively participated in the litigation of this action on behalf of the Class. As Class Representative, I participated in all stages of the litigation and have been continually kept apprised of all aspects of the litigation. I estimate that I have spent approximately 35 hours in the litigation of this case.

17.     In addition to the hours spent participating in the prosecution of this case, I took a huge risk by coming forward and filing this class and representative action.

**DECLARATION OF BRYAN A. RODRIGUEZ ISO MOT. FOR FINAL APPROVAL & MOT. FOR ATTORNEYS' FEES & COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**

Doc ID: 2b9b8bc8d2c0dfe3a99ac10d2d3929a3b6806c90

If I lost the case and had to pay Defendant's litigation costs, it would have been financially devastating to me. I also took a significant risk to my reputation in bringing this action. Defendant is a large employer in Southern California and throughout the United States. By bringing this action, I risked retaliation by prospective employers. A basic Google search of "G2" and my name locates this lawsuit. I was afraid that employers may decline to hire me when they found out that I sued a former employer, and although this case may be over, the reality of such retaliation is something I will have to continue to live with indefinitely, especially given that almost all employers routinely run background checks on job applicants and employees. This was a very real concern for me, as I have struggled to find steady work since my employment at G2 ended.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of October, 2022, at Los Angeles, California.

*Bryan Rodriguez*

Bryan A. Rodriguez

**DECLARATION OF BRYAN A. RODRIGUEZ ISO MOT. FOR FINAL APPROVAL & MOT. FOR ATTORNEYS' FEES & COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT**

Doc ID: 2b9b8bc8d2c0dfe3a99ac10d2d3929a3b6806c90