# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-7589-GW-PLAx | Date | November 17, 2022 |
|---|---|---|---|
| Title | *Bryan A. Rodriguez v. G2 Secure Staff, L.L.C.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Anthony J. Orshansky  Kathy H. Gao

**PROCEEDINGS:** **TELEPHONIC HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE SETTLEMENT [43] and PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT [44]**

The Court's Tentative Ruling on Plaintiff's Motions was issued on November 15, 2022 [48]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS: (1) the Motion for Final Approval of Class and Representative Action Settlement, and (2) the Motion for Attorneys' Fees, Costs, and Class Representative Service Payment and so award $142,150 in attorneys' fees, $12,550.96 in costs, and an incentive award of $7,500 to the named Plaintiff. A revised proposed judgment is to be filed forthwith.

  : 02

Initials of Preparer  JG